# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JEFFREY BRUMLEY, a single person,** | NO. CV-06-306-FVS |
| **Plaintiff,** | |
| v. | **ORDER OF DISMISSAL** |
| **JEFF OTIS, GRANT HALKEEN, STEVE JEWELL, GREG MILLER, STEVE TURCOTT, LEONARD WALKER, AND OTHER UNKNOWN EMPLOYEES OF THE WASHINGTON STATE PATROL,** | [Rule 41(a)(1)] |
| **Defendants**. | |

The Plaintiff, upon stipulation with counsel for the Defendants and pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case is dismissed. The Clerk shall enter this order, provide copies to the parties and close this file.

DATED THIS 9 day of January, 2008.

s/ Fred Van Sickle
United States district Judge

